sons, because on a consideration of the surrounding facts and circumstances, and the general arrangement of which the transfer was a part, it is *improbable* that any such agreement would have been made. I have no doubt whatever that the money which Miller used in paying the c editors of Wise & Miller, pursuant to the composition made with them, was lent to him by his uncle, the defendant Darling, in entire good faith. He had a right to secure his uncle as he did. In so doing he was not using the property of Wise & Miller to discharge his individual debt. The property was his own, conveyed to him with the knowledge and assent of the plaintiff, who then stood in no better position towards it than any other creditor Miller might have. I fail to discover any adequate proof of fraud in the transfer made to Darling or any equity in favor of the plaintiff at all superior to his. The allegation that the defendant Darling is insolvent or pecuniarily irresponsible is fully met by the answering affidavits. I am of the opinion, after a careful examination of all the papers, that the injunction should not be continued. Some of the *defendant's affidavits are seriously defective in form,* but as these formal defects have been waived in writing by plaintiff's attorney, I have concluded to receive them. Motion denied, with ten dollars costs to abide the event, and temporary injunction vacated.

Mariline Palmer, Appellant, v. Albert M. Palmer, Respondent.— Order denying motion to punish for contempt reversed, with ten dollars costs, and motion granted, with ten dollars costs, upon the authority of *Ryckman* v. *Ryckman* (34 Hun, 235).

Mariline Palmer, Appellant, v. Albert M. Palmer, Respondent— Order reducing alimony reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Walker* v. *Walker* (155 N. Y. 77).

The People of the State of New York ex rel. Thomas S. Richards, Relator, v. Frank Moss and Others, Composing the Board of Police Commissioners of the Police Department of the City of New York, Respondents.— Writ dismissed, with costs. No opinion.

The People of the State of New York ex rel. Thomas Gilday, Relator, v. Theodore Roosevelt and Others, Composing the Board of Police Commissioners of the Police Department of the City of New York, Respondents. — Writ dismissed, with costs. No opinion.

William W. Weigley, Respondent, v. Sylvester H. Kneeland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma B. Young v. Richard K. Fox. - Motion for leave to go to Court of Appeals granted.

Annett B. Wetmore v. William B. Wetmore. Same v. Same.— Motions denied, upon payment of ten dollars costs.

Horace Galpen v. Paul Salvin.— Motion granted, with ten dollars costs.

Harry B. Harris, an Infant, by Henrietta Harris, his Guardian ad Litem, Appellant, v. The Third Avenue Railroad Company, Respondent.— Order affirmed, with costs. No opinion.

John F. Douglas and Willard H Jones, Respondents, v. Robert B. Carpenter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ghislani Durant, Respondent, v. Lucy A. Hall, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Lewis Starbuck, as Assignee, etc., of J. R. Willard & Co., Appellant, v. The Farmers' National Bank of Malone, N. Y.,

Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rosa Hammell, Respondent, v. Morris Schleissner, Appellant.— Order reversed, with ten dollars costs and disbursements, on the authority of *Merritt* v. *Williamson* (*ante,* p. 121), and motion denied, with ten dollars costs.

William Dehon King v. Eugenia A. Webster Ross.—Motion denied.

John Turpie, an Infant, etc., v. Ludovic Tripault.— Motion granted, with ten dollars costs.

Rosa Hammell v. Morris Schleissner.—Motion denied.

Sarah A. Norton v. The Third Avenue Railroad Company.—Motion denied.

Arthur L. Lesher v. Leopold Haas.—Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Flora Schot v. Abraham Lubetkin.—Motion granted.

The People of the State of New York ex rel. Josephine Pattgeiser v. Oscar Oelschlanger. —Motion granted.

The People of the State of New York ex rel. Sadie Jones v. Edward L. Booker.—Motion granted.

John Gluck, Respondent, v. The Third Avenue Railroad Company, Appellant.—Order affirmed, with costs. No opinion.

Solomon Oppenheimer, Respondent, v. The Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.—Judgment affirmed, with costs. No opinion.

Cord H. Schroeder, Respondent, v. The Metropolitan Elevated Railway Company and The Manhattan Railway Company, Appellants.— Judgment modified by reducing fee damage to $1,000, and rental damage to $800, and as reduced affirmed, without costs. No opinion.

John Wanamaker, Respondent, v. Florence J. Rosse, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas A. McIntyre and Others, Appellants, v Theophilus David, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry E. Donnell, Appellant, v. Magnolia Metal Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hiram Snyder and Another, Appellants, v. Frank W. Molloy, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pauline Sperling v. Adolf Boll et al.— Motion denied.

Elwood S. Hand v. William A. Shaw.— Motion granted upon giving new undertaking for costs in $250.

In the Matter of an Attorney.— Application denied.

In the Matter of I. A. Engelhart.— Motion denied.

In the Matter of The Board of Education.— A guardian *ad litem* must be appointed in this proceeding for the infants.

John D. Roberts and Another v. William Engel and Another.— Motion granted, with ten dollars costs.

Alexander Stewart v. Henry Hilton.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Albert N. White, Relator, v. Silas C. Croft and Others, Composing the Board of Commissioners of Public Charities of the City of New York, Respondents.— Writ dismissed, with costs. No opinion.